IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BARRY D. LONDON                                                  PLAINTIFF

v.                          Case No. 14-6088

MRS. BRUSH-STRODE, *et al.*                                     DEFENDANTS

### **ORDER**

Now on this 23rd day of September 2015, there comes on for consideration the report and recommendation filed herein on June 19, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 28). Also before the Court are Separate Defendant Carol Buckner's objections (doc. 29) and Plaintiff's objections (doc. 30).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Motion to Dismiss (doc. 11) filed by Separate Defendants Wendy Kelley, Carol Buckner and Douglas Sell is GRANTED IN PART AND DENIED IN PART.

Plaintiff's official capacity claims against Separate Defendants Kelley, Buckner and Sell are DISMISSED WITH PREJUDICE. Plaintiff's individual capacity claims against Separate Defendants Kelley and Sells are DISMISSED WITH PREJUDICE. Plaintiff's individual capacity claims against Separate Defendant Buckner and

all claims against Separate Defendant Brush-Strode remain to be resolved.

    IT IS SO ORDERED.

                                      /s/  Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge